**Henry Lewis ASTROP, Plaintiff— Appellant,**

v.

**The UNITED STATES SUPREME COURT of the United States of America, Defendant—Appellee.**

**No. 11–1543.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 19, 2011.

Decided: Sept. 28, 2011.

Henry Lewis Astrop, Appellant Pro Se.

Before MOTZ, GREGORY, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Lewis Astrop appeals the district court's order dismissing his complaint without prejudice pursuant to 28 U.S.C.

§ 1915(e)(2)(B)(ii) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Astrop v. United States Supreme Court,* No. 3:11–cv–00203–HEH (E.D.Va. Apr. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*